# Court of Appeals
# of the State of Georgia

ATLANTA,  June 23, 2020

*The Court of Appeals hereby passes the following order:*

## A20D0393. THOMAS MANNAPSO v. ROBYN LYNN GLARNER.

Thomas Mannapso filed this application for discretionary appeal from the trial court's February 12, 2020, order denying a motion to set aside.[1] Mannapso filed a motion to withdraw the discretionary application, which is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/23/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] Mannapso filed both an application for discretionary appeal and a direct appeal in the Supreme Court, which transferred the matters to this Court. See Case Nos. S20A1139 and S20D1178, transferred May 18, 2020.